# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JAMES T. CONWAY, III,

    Petitioner,

:    Case No. 3:07-cv-345

-vs-

:    District Judge Timothy S. Black
    Magistrate Judge Michael R. Merz

MARC C. HOUK, Warden,

    Respondent.

## SCHEDULING ORDER

This capital habeas corpus case is before the Court upon the filing of Petitioner's Motion for Leave to File a Second Amended Petition (ECF No. 281). Given the parties' earlier agreement on scheduling (ECF No. 274), it is hereby ORDERED that Respondent's memorandum in opposition shall be filed not later than May 3, 2020, and Petitioner's reply memorandum shall be filed not later than May 20, 2020. Counsel are requested to consult and submit, if possible, an agreed schedule for the events previously scheduled at ECF No. 275.

April 4, 2020.

                                                      s/ *Michael R. Merz*
                                                United States Magistrate Judge